UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. _3:17-CV-192-CRS_
*Electronically Filed*

Debbie Higgs, as Administratrix
of the Estate of Marvis Higgs, deceased                                          Plaintiff

v.

Golden Gate National Senior Care, LLC d/b/a Golden Living;                Defendants
GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter - Hillcreek;
GGNSC Administrative Services, LLC d/b/a Golden Ventures;
GGNSC Holdings, LLC d/b/a Golden Horizons;
GGNSC Equity Holdings, LLC;
GGNSC Equity Holdings II, LLC;
Golden Gate Ancillary, LLC;
GGNSC Clinical Services, LLC;
GPH Louisville Hillcreek, LLC;
Renay Adkins, in her capacity as Administrator of Golden LivingCenter – Hillcreek;
And John Does 1 through 5, Unknown Defendants

## NOTICE OF REMOVAL

Golden Gate National Senior Care, LLC d/b/a Golden Living; GGNSC Louisville

Hillcreek, LLC d/b/a Golden LivingCenter - Hillcreek; GGNSC Administrative Services, LLC

d/b/a Golden Ventures; GGNSC Holdings, LLC d/b/a Golden Horizons; GGNSC Equity

Holdings, LLC; GGNSC Equity Holdings II, LLC; Golden Gate Ancillary, LLC; GGNSC

Clinical Services, LLC; GPH Louisville Hillcreek, LLC; Renay Adkins, in her capacity as

Administrator of Golden LivingCenter – Hillcreek; (hereinafter collectively "Defendants"),

hereby remove to the United States District Court for the Western District of Kentucky, at

Louisville, the action captioned *Debbie Higgs, as Administratrix of the Estate of Marvis Higgs,*

*deceased v. Golden Gate National Senior Care, LLC d/b/a Golden Living; GGNSC Louisville*

*Hillcreek, LLC d/b/a Golden LivingCenter - Hillcreek; GGNSC Administrative Services, LLC*

*d/b/a Golden Ventures; GGNSC Holdings, LLC d/b/a Golden Horizons; GGNSC Equity*

1

*Holdings, LLC; GGNSC Equity Holdings II, LLC; Golden Gate Ancillary, LLC; GGNSC Clinical Services, LLC; GPH Louisville Hillcreek, LLC; Renay Adkins, in her capacity as Administrator of Golden LivingCenter – Hillcreek; Case No. 17-CI-01187*, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for their removal of the Action, Defendants state:

1.      On March 6, 2017, Debbie Higgs ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Case No. 17-CI-01187. Golden Gate National Senior Care, LLC d/b/a Golden Living was served and received a copy of Plaintiff's Complaint on March 13, 2017; GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek was served and received a copy of Plaintiff's Complaint on March 13, 2017; GGNSC Administrative Services, LLC d/b/a Golden Ventures was served and received a copy of Plaintiff's Complaint on March 13, 2017; GGNSC Holdings, LLC d/b/a Golden Horizons was served and received a copy of Plaintiff's Complaint on March 14, 2017; GGNSC Equity Holdings, LLC was served and received a copy of Plaintiff's Complaint on March 14, 2017; GGNSC Equity Holdings II, LLC was served and received a copy of Plaintiff's Complaint on March 14, 2017; Golden Gate Ancillary, LLC was served and received a copy of Plaintiff's Complaint on March 13, 2017; GGNSC Clinical Services, LLC was served and received a copy of Plaintiff's Complaint on March 13, 2017; GPH Louisville Hillcreek, LLC was served and received a copy of Plaintiff's Complaint on March 13, 2017.  Renay Adkins was served and received a copy of Plaintiff's Complaint on March 9, 2017. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a) as Exhibit A.

2.      According to allegations in Plaintiff's Complaint, Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-01187, a citizen of Kentucky.

3.      Golden Gate National Senior Care, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is GGNSC Holdings, LLC (please see Paragraph 6 herein). Therefore, it is a citizen of Delaware and California.

4.      GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is GGNSC Equity Holdings, LLC (please see Paragraph 7 herein). Therefore, it is a citizen of Delaware and California.

5.      GGNSC Administrative Services, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Administrative Services, LLC is GGNSC Holdings, LLC (please see Paragraph 6 herein). Therefore, it is a citizen of Delaware and California.

6.      GGNSC Holdings, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Holdings, LLC, is Drumm Merger Co. Sub, LLC, a Delaware limited liability company. The sole member of Drumm Merger Co. Sub, LLC, is Drumm Merger Co. Drumm Merger Co. is a Delaware corporation with its principal place of business in San Francisco, CA. Therefore, it is a citizen of Delaware and California.

7.      GGNSC Equity Holdings, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole

member is Golden Gate National Senior Care, LLC (please see Paragraph 3 herein).  Therefore, it is a citizen of Delaware and California.

8.      GGNSC Equity Holdings II, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is Golden Gate National Senior Care, LLC (please see Paragraph 3 herein).   Therefore, it is a citizen of Delaware and California.

9.      Golden Gate Ancillary, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is GGNSC Holdings, LLC (please see Paragraph 6 herein). Therefore, it is a citizen of Delaware and California.

10.      GGNSC Clinical Services, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is Golden Gate National Senior Care, LLC (please see Paragraph 3 herein). Therefore, it is a citizen of Delaware and California.

11.      GPH Louisville Hillcreek, LLC, is and at all times mentioned herein was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is Geary Real Estate Holdings, LLC, whose sole member is Geary Real Estate Holdings IB, LLC, whose sole member is Geary Real Estate Holdings II, LLC, whose sole member is Geary Real Estate Holdings III, LLC, whose sole member is Geary Real Estate Holdings IV, LLC, whose sole member is Geary Property Holdings, LLC. Geary Real Estate Holdings, LLC, Geary Real Estate Holdings IB, LLC, Geary Real Estate Holdings II, LLC, Geary Real Estate Holdings III, LLC, Geary Real Estate Holdings IV, LLC, and Geary Property Holdings, LLC are citizens of Delaware. Geary Property Holdings, LLC is directly owned by 30 corporations that

4

are respectively citizens of California, Virginia, North Carolina, Ohio, Iowa, Nebraska, and Delaware.

12.     Renay Adkins was fraudulently joined in this matter and, therefore, her citizenship must be ignored for purposes of removal based on diversity of citizenship. *See Coyne v. American Tobacco Co.*, 183 F.3d 488, 493 (6th Cir. 1999); *see also Lindsey v. Kentucky Medical Investors, LTD.*, 2005 WL 2281607 (E.D. Ky. September 19, 2005). Based on the allegations in Plaintiff's Complaint, there is no reasonable basis for predicting that Kentucky law would impose liability on Defendant Adkins. Plaintiff has sued Defendant Adkins in her capacity as Administrator of Golden LivingCenter – Hillcreek. Defendant Adkins was not employed at Golden LivingCenter – Hillcreek in any capacity during any portion of Marvis Higgs' residency. *See* Affidavit of Renay Adkins, attached as Exhibit B.

13.     Although the consent of Defendant Adkins is not required, she does consent to the removal of this action.

14.     This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

15.     Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.  The Complaint alleges that Mr. Higgs suffered multiple injuries, including open blisters, sores, skin injuries, infections, and death and seeks all medical expenses, pain and suffering, punitive damages and attorneys fees.

16.     This Notice of Removal is filed within thirty (30) days after Golden Gate National Senior Care, LLC d/b/a Golden Living; GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter - Hillcreek; GGNSC Administrative Services, LLC d/b/a Golden Ventures;

GGNSC Holdings, LLC d/b/a Golden Horizons; GGNSC Equity Holdings, LLC; GGNSC Equity Holdings II, LLC; Golden Gate Ancillary, LLC; GGNSC Clinical Services, LLC; GPH Louisville Hillcreek, LLC; and Renay Adkins, in her capacity as Administrator of Golden LivingCenter – Hillcreek received a copy of Plaintiff's Complaint as required by 28 U.S.C. 1446(b).

17.    A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson,
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995

*Counsel for Defendants*

8004736v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson
Edward M. O'Brien

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Ross F. Mann
Wilkes & McHugh, P.A.
429 North Broadway
P.O. Box 1747
Lexington, KY 40588-1747

*/s/ Marcia L. Pearson*
*Counsel for Defendants*

8004736v.1